# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

IN RE: NANCY JANE HERTZFELD          )    CASE NUMBER: 17 12388
                                     )
                                     )
                                     )    JUDGE
                                     )
                                     )
       DEBTOR                        )    CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM    OCT 1    TO    OCT 31

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 11/25                                     MARK FRANKEL
                                                 Attorney for Debtor

Debtor's Address                                 Attorney's Address
and Phone Number:                                and Phone Number:

170 E 78th St 9E                                 _____
NY NY 10075                                      _____
Tel. 212 288 0309                                Bar No. _____
                                                 Tel. _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: NANCY HERTZFELD
Case Number: 17-12388

Note: The information requested below is a summary of the information reported thru various Schedules and Attachments contained within this report.

|  | Month OCTOBER | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 484.44 |  |
| CASH- Beginning of Month (Business) | 3023.06 |  |
| Total Household Receipts | 0 |  |
| Total Business Receipts | 3757.09 |  |
| Total Receipts | 3757.09 |  |
| Total Household Disbursements | 470.64 |  |
| Total Business Disbursements | 2896.79 |  |
| Total Disbursements | 3367.43 |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 391.66 |  |
| CASH- End of Month (Individual) NOTE: MONTHLY STATEMENT THRU 11/7 | -50.85 |  |
| CASH- End of Month (Business) | 3782.46 |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 3767.43 |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 484.44 | -- |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ____ day of _____ 20 ____    _____
                                         Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 484.44 OCTOBER | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business  PAID FROM BUSINESS | (1300.00) | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| **TOTAL RECEIPTS** | 0 | |
| **CASH DISBURSEMENTS** | 544.29 | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing  (PAID FROM BUS.) | (800.00) | |
| Household Repairs & Maintenance | | |
| Insurance | 64.95 | |
| IRA Contribution | | |
| Lease/Rent Payments | (300.00) | |
| Medical/Dental Payments  PAID FROM BUS | 115.84 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | (200.00) | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325.00 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule)  BANK LATE FEE | 38.50 | |
| Total Household Disbursements  DIRECT PAYMT | 544.29 | |
|   INDIRECT PAYMT | (1300.00) | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | -59.85 | |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month OCTOBER | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 3023.00 | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 1707.09 | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) Soc Sec | 1987.00 | |
| NYS TAX REFUND | 63.00 | |
| Total Business Receipts | 3757.00 | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) FOR HOUSE-HOLD | 1300.00 | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) IRS FILING FEE | 25.00 | |
| Contract Labor (Subcontractors) ACCT'S | 620.00 | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) (STOR/FEES) | 213.00 | |
| Utilities (Business) | 290.69 | |
| Insurance | 29.00 | |
| Vehicle Expenses | 100.00 | |
| Travel & Entertainment | 250.00 | |
| Repairs and Maintenance | 150.00 | |
| Supplies | 20.00 | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| Total Business Disbursements | 2997.69 | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 3782.46 | |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT -    ATTACHMENT NO. 1
INDIVDUAL

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | ✓ | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | ✓ | |
| 2. Are all premium payments current? | ✓ | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOME OWNERS | THE HARTFORD | 7/18 - 7/19 | 36.50/MO | 0 |
| AUTO | " " | 6/18 - 2/19 | 40/MO | 0 |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | CHASE | M+T | | |
| Account Number: | 899474581 | 986-489-9072 | | |
| Purpose of Account (Business/Personal) | BUS | PERS | | |
| Type of Account (e.g. checking) | CHECKING | CHECKING | | |
| 1. Balance per Bank Statement | [illegible] | [illegible] | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | [illegible] | [illegible] | | |
| 5. Month End Balance (Must Agree with Books) | 3787.76 | -57.85 | | |
| TOTAL OF ALL ACCOUNTS | | | | $3726.61 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

September 29, 2018 through October 31, 2018

Account Number:

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00085553 DRE 802 143 30518 YNNNNNNNNNN T 1 000000000 64 0000
ENJAY CONSULTING LLC
170 E 78TH ST APT 9E
NEW YORK NY 10075-0488



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $3,023.06 |
| Deposits and Additions | 9 | 3,757.09 |
| Checks Paid | 7 | -1,120.99 |
| ATM & Debit Card Withdrawals | 10 | -789.58 |
| Electronic Withdrawals | 2 | -1,087.12 |
| Ending Balance | 28 | $3,782.46 |

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Purchase Return | 09/29 Tjmaxx #0761 Bridgehampton NY Card 1437 | $163.30 |
| 10/01 | Purchase Return | 09/30 Bloomys    001 1000 T New York NY Card 1437 | 70.00 |
| 10/12 | Deposit    1810031381 | | 900.00 |
| 10/15 | Purchase Return | 10/14 T J Maxx #1185 New York NY Card 1437 | 185.08 |
| 10/15 | Purchase Return | 10/14 T J Maxx #1185 New York NY Card 1437 | 184.65 |
| 10/23 | Purchase Return | 10/23 T J Maxx #1185 New York NY Card 1437 | 139.98 |
| 10/24 | SSA  Treas 310    Xxsoc Sec  160329149A  SSA PPD ID: 9031736013 | | 1,987.00 |
| 10/25 | Purchase Return | 10/25 Bloomys    001 1000 T New York NY Card 1437 | 64.08 |
| 10/30 | Deposit    1800778918 | | 63.00 |
| **Total Deposits and Additions** | | | **$3,757.09** |

Page 1 of 4



September 29, 2018 through October 31, 2018

Account Number:



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $3,003.77 | 10/12 | 3,268.41 | 10/23 | 1,668.38 |
| 10/02 | 2,974.77 | 10/15 | 3,101.50 | 10/24 | 3,655.38 |
| 10/04 | 2,915.38 | 10/16 | 2,785.50 | 10/25 | 3,719.46 |
| 10/09 | 2,595.38 | 10/22 | 1,698.38 | 10/30 | 3,782.46 |
| 10/10 | 2,393.41 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 3 |
| Deposited Items | 1 |
| **Transaction Total** | **17** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

**M&T Bank**

FOR INQUIRIES CALL: (800) 724-2440

00  0 00541M NM 017

000000784 FIDS1549D01711071811 01 001000    P

NANCY JANE HERTZFELD
DEBTOR IN POSSESSION
170 E 78TH ST
APT 9E
NEW YORK NY 10075

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|  | OCT.06-NOV.07,2018 |
| BEGINNING BALANCE | $484.44 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 544.29 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | ($59.85) |

INTEREST EARNED FOR STATEMENT PERIOD    $0.00                MADISON SOUTH

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
|  | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $484.44 | 0 | $0.00 | 7 | $470.64 | 2 | $73.65 | $0.00 | ($59.85) |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 10/06/2018 | BEGINNING BALANCE | | | $484.44 |
| 10/12/2018 | CHECK NUMBER 0235 | | $16.77 | |
| 10/12/2018 | CHECK NUMBER 0236 | | 40.74 | |
| 10/12/2018 | CHECK NUMBER 0238 | | 18.63 | 408.30 |
| 10/15/2018 | CHECK NUMBER 0234 | | 29.80 | 378.50 |
| 10/16/2018 | CHECK NUMBER 0239 | | 24.76 | 353.74 |
| 10/18/2018 | CHECK NUMBER 0237 | | 14.94 | 338.80 |
| 10/23/2018 | CHECK NUMBER 0240 | | 325.00 | 13.80 |
| 11/01/2018 | THE HARTFORD NTAARPIVRA | | 35.15 | (21.35) |
| 11/02/2018 | INSUFFICIENT FUNDS FEE-THE HARTFORD NTAARPIVRA | | 38.50 | (59.85) |
| | ENDING BALANCE | | | ($59.85) |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 234 | 10/15/18 | 29.80 | 237 | 10/18/18 | 14.94 | 239 | 10/16/18 | 24.76 |
| 235 | 10/12/18 | 16.77 | 238 | 10/12/18 | 18.63 | 240 | 10/23/18 | 325.00 |
| 236 | 10/12/18 | 40.74 | | | | | | |

## OVERDRAFT AND NSF FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL FOR CALENDAR YEAR-TO-DATE | TOTAL FOR PRIOR CALENDAR YEAR |
|---|---|---|---|
| TOTAL INSUFFICIENT FUNDS (NSF) FEES | $0.00 | $0.00 | $0.00 |
| TOTAL OVERDRAFT FEES | $38.50 | $38.50 | $0.00 |

Total Insufficient Funds (NSF) Fees include per item fees charged when we return an item unpaid because there are not sufficient funds in the account to cover the item. Total Overdraft Fees include per item fees charged when we pay an item that overdraws the account as well as any Extended Overdraft Fees charged to the account.

PAGE 1 OF 2

L000A (8/18)

## M&T Bank

FOR INQUIRIES CALL: (800) 724-2440

00 0 00541M NM 017

P

000002937 FIDS1549D01710051810 01 001000

NANCY JANE HERTZFELD
DEBTOR IN POSSESSION
170 E 78TH ST
APT 9E
NEW YORK NY 10075

| ACCOUNT TYPE |
|---|
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | SEP.08-OCT.05,2018 |

| BEGINNING BALANCE | $14.24 |
|---|---|
| DEPOSITS & CREDITS | 500.00 |
| LESS CHECKS & DEBITS | 29.80 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $484.44 |

INTEREST EARNED FOR STATEMENT PERIOD $0.00

MADISON SOUTH

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
|  | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $14.24 | 1 | $500.00 | 1 | $29.80 | 0 | $0.00 | $0.00 | $484.44 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 09/08/2018 | BEGINNING BALANCE | | | $14.24 |
| 09/12/2018 | DEPOSIT | $500.00 | | 514.24 |
| 09/18/2018 | CHECK NUMBER 0233 | | $29.80 | 484.44 |
|  | ENDING BALANCE | | | $484.44 |

### CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 233 | 09/18/18 | 29.80 | | | | | | |

PAGE 1 OF 1